The People of the State of New York ex rel. Charles Reith, Relator, v. Nicholas J. Hayes, as Fire Commissioner of the City of New York, Respondent.— Reargument ordered and case set down for January 13, 1908. Present — Woodward, Jenks, Rich and Miller, JJ.

Alfred Richards, Respondent, v. Candee & Krekeler Company, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Woodward, Jenks, Gaynor and Miller, JJ., concurred; Hooker, J., dissented.

Albert N. Ridgely, Respondent, v. Oscar B. Bergstrom and Henry A. Taylor, Doing Business under the Firm Name and Style of Bergstrom & Company, Appellants.— Judgment and order affirmed, with costs. No opinion. Woodward, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Irving Riesenberger and Marcy Riesenberger, Respondents, v. Robert T. Rasmussen and Laura Rasmussen, Appellants.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Bernard Roesler, Respondent, v. George B. Shilling, Appellant.— Judgment of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Samuel Saleeby, Respondent, v. Joseph Nusser and Elias Nusser, Appellants. — Judgment and order of the Municipal Court affirmed, with costs. No opinion. Jenks, Hooker, Gaynor, Rich and Miller, JJ., concurred.

Louisa Schwalenberg and Others, Appellants, v. Margaret M. Dunn and The Fred. Oppermann, Jr., Brewing Company, Respondents.— Judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Miller, JJ., concurred.

Townsend Scudder, Respondent, v. John C. Kennahan, Appellant, Impleaded with Others.— Interlocutory judgment affirmed, with costs. No opinion. Woodward, Jenks, Hooker, Rich and Miller, JJ., concurred.

Gustave Selner, Appellant, v. Max Helfstein, Respondent.— Order of the Municipal Court reversed, with ten dollars costs and disbursements, and judgment modified by striking out the provision therein " on the merits," and as modified affirmed, without costs. No opinion. Woodward, Jenks, Hooker, Gaynor and Rich, JJ., concurred.

James H. Smith, Respondent, v. Frederick Hafke, Appellant.— Judgment affirmed, with costs. No opinion. Present — Jenks, Hooker, Gaynor, Rich and Miller, JJ.

Bernard Sommer, by Kate Sommer, His Guardian ad Litem, Suing as a Poor Person, Respondent, v. Brooklyn Cedar Ware Works, Appellant — Judgment and order unanimously affirmed, with costs. No opinion. Present — Hirschberg, P. J., Hooker, Gaynor, Rich and Miller, JJ.

Nellie Tanner, an Infant, by Peter Tanner, Her Guardian ad Litem, Respondent, v. Thomas Kells Son's Company, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Woodward, Jenks, Hooker, Gaynor and Miller, JJ.

Edward M. Tyrrell, Appellant, v. Long Island City, Respondent.— Orders affirmed on reargument, with costs, on the authority of *Burke* v. *Baker* (104 App. Div. 26). Woodward, Jenks, Hooker and Miller, JJ., concurred.